**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 ERIC WADE CLARK,

                                 Plaintiff,

        -against-                                         25 **CIVIL** 6587 (LTS)

                                                  **<u>JUDGMENT</u>**

KENNETH M. KARAS INDIVIDUALLY AND
IN HIS CAPACITY AS JUSTICE OF THE
SOUTHERN DISTRICT COURT; MARGARET
SMITH INDIVIDUALLY AND IN HER
CAPACITY AS MAGISTRATE OF THE
SOUTHERN DISTRICT COURT; ANDREW E.
KRAUSE INDIVIDUALLY AND IN HIS
CAPACITY AS MAGISTRATE OF THE
SOUTHERN DISTRICT COURT; ELAINE
YACHSHON INDIVIDUALLY AND IN HER
CAPACITY OF NEW YORK STATE
ATTORNEY GENERAL; MS. GASHI;
INDIVIDUALLY AND IN HER CAPACITY AS
NEW YORK STATE ATTORNEY GENERAL;
RICHARD FERRANTE; INDIVIDUALLY AND
IN HIS CAPACITY OF 18B ASSIGNED
ATTORNEY WESTCHESTER COUNTY; JOHN
DOE PSYCHIATRIC EXAMINER FOR THE
STATE OF NEW YORK ARTICLE 10 TRIAL OF
ERIC WADE CLARK; A. HELLER
INDIVIDUALLY AND IN HER CAPACITY OF
PSYCHIATRIC EXAMINER FOR THE NEW
YORK STATE; JAMES GIBBONS
INDIVIDUALLY AND IN HIS CAPACITY OF
NEW YORK STATE ATTORNEY GENERAL;
ANTHONY ANNUCCI INDIVIDUALLY AND
IN HIS CAPACITY OF CHAIRMAN OF THE
DIVISION OF PAROLE,

                               Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 19, 2026, Plaintiff's complaint, filed IFP under 28

U.S.C. § 1915(a)(1), is dismissed for the reasons set forth in the order, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). The Court has declined to exercise supplemental jurisdiction of any state-law claims Plaintiff may be asserting. To the extent this submission could be construed as a petition under 28 U.S.C. § 2254, the Court has denied the petition without prejudice. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

**Dated:** New York, New York

March 20, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**   K. mango

**Deputy Clerk**